**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Darnell FREEMAN, Defendant—Appellant.**

No. 05–7368.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 16, 2006.

Decided Feb. 22, 2006.

Darnell Freeman, Appellant Pro Se. LeDora Knight, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

## PER CURIAM:

Darnell Freeman appeals the district court's order denying his motion to reinstate his appeal. We have reviewed the record and find no reversible error. Accordingly, affirm for the reasons stated by the district court. *See United States v. Freeman*, No. CR–02–427 (E.D.Va. Aug. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*